[This opinion has been published in *Ohio Official Reports* at 73 Ohio St.3d 106.]

MCMANUS, GUARDIAN, ET AL., APPELLANTS AND CROSS-APPELLEES, *v.*
BELCHER, D.B.A. SHORELAND AUTO CARE, APPELLEE; CHRYSLER
CORPORATION, APPELLEE AND CROSS-APPELLANT.

[Cite as *McManus v. Belcher*, 1995-Ohio-123.]

*Appeal—Guardians—R.C. 2305.16—Tolling of statute of limitations—Appeal dismissed as improvidently allowed—Products liability claims for bodily injury governed by two-year statute of limitations period in R.C. 2305.10 and not by six-year statute of limitations period in R.C. 2305.07.*

No. 95-380—Submitted June 6, 1995—Decided August 16, 1995.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Lucas County, No. L-94-032.

————————————

*Cubbon & Associates Co., L.P.A., Robert J. Bahret* and *David L. Rice*, for appellants and cross-appellees.

*Jones & Bahret Co., L.P.A.*, and *Peter C. Munger*, for appellee Garry D. Belcher, d.b.a. Shoreland Auto Care.

*Thompson, Hine & Flory, Stephen H. Daniels* and *Mark N. Rose*, for appellee Coltec Industries, Inc.

*Crabbe, Brown, Jones, Potts & Schmidt* and *Charles E. Brown*, for appellee and cross-appellant Chrysler Corporation.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed. The judgment of the court of appeals as to the issue raised on cross-appeal is reversed, and the judgment of the trial court as to cross-appellant Chrysler Corporation is reinstated on the authority of *McAuliffe v. W. States Import Co., Inc.* (1995), 72 Ohio St.3d 534, 651 N.E.2d 957.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

F.E. SWEENEY, J., dissents for the reasons stated in his dissenting opinion in *McAuliffe v. W. States Import Co., Inc.* (1995), 72 Ohio St.3d 534, 651 N.E.2d 957.

DOUGLAS and RESNICK, JJ., not participating.

————————————